People v Holmes (2025 NY Slip Op 51410(U))

[*1]

People v Holmes (Luckey)

2025 NY Slip Op 51410(U)

Decided on September 11, 2025

Appellate Term, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be published in the printed Official Reports.

Decided on September 11, 2025
SUPREME COURT, APPELLATE TERM, FIRST DEPARTMENT

PRESENT: Brigantti, J.P., Tisch, James, JJ.

570241/21

The People of the State of New York, Respondent, 
against
Luckey Holmes, Defendant-Appellant.

Defendant appeals from a judgment of the Criminal Court of the City of New York, Bronx County (Jeffrey Rosenblueth, J.), rendered March 17, 2021, convicting him, upon his plea of guilty, of disorderly conduct, and purportedly imposing sentence.

Per Curiam.
Judgment of conviction (Jeffrey Rosenblueth, J.), rendered March 17, 2021, modified, on the law, to the extent of remanding for pronouncement of sentence on the record. 
Although there was discussion on the record of the sentence the court intended to impose, the court never formally imposed sentence in accordance with CPL 380.20. Accordingly, the matter is remanded for the sole purpose of pronouncing defendant's sentence on the record (see e.g. People v Cosby, 154 AD3d 505 [2017], lv denied 34 NY3d 1127 [2020]; People v Espinal, 234 AD2d 84, 84-85 [1996], app denied 89 NY2d 1092 [1997]). In the absence of a sentence, there is nothing from which defendant can appeal (see People v Cioffi, 1 NY2d 70, 72 [1956]; see also People v Bunder, 14 NY2d 723, 724 [1964]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur 
Decision Date: September 11, 2025